# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00774-CV

**Farmers Texas County Mutual Insurance Company, Appellant**

**v.**

**Courtney Lougheed, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-003919, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Farmers Texas County Mutual Insurance Company has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob E. Shannon, Justice

Before Chief Justice Rose, Justices Kelly and Shannon*

Dismissed on Appellant's Motion

Filed: January 30, 2019

Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).